| | |
|---|---|
| ROBBINS GELLER RUDMAN<br>& DOWD LLP<br>SHAWN A. WILLIAMS (SBN 213113)<br>100 Pine Street, Suite 2600<br>San Francisco, CA 94111<br>Phone: (415) 288-4545<br>Fax: (415) 288-4534<br>Email: shawnw@rgrdlaw.com<br><br>Attorneys for Plaintiff Washtenaw County<br>Employees' Retirement System | LATHAM & WATKINS LLP<br>PATRICK E. GIBBS (SBN 183174)<br>JOHN C. TANG (SBN 212371)<br>140 Scott Drive<br>Menlo Park, CA 94025<br>Phone: (650) 328-4600<br>Fax: (650) 463-2600<br>Email: patrick.gibbs@lw.com<br>       john.tang@lw.com<br>Attorneys for Defendants Celera Corporation,<br>Kathy Ordoñez, Joel R. Jung, and Ugo DeBlasi |

*IT IS SO ORDERED AS MODIFIED*
Judge James Ware
7/8/2010

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| WASHTENAW COUNTY EMPLOYEES' RETIREMENT SYSTEM, Individually and on Behalf of All Others Similarly Situated,<br><br>        Plaintiff,<br><br>    v.<br><br>CELERA CORPORATION, KATHY ORDOÑEZ, JOEL R. JUNG, and UGO DeBLASI,<br><br>        Defendants. | No. 5:10-cv-02604-JW<br><br>STIPULATION AND [PROPOSED] ORDER EXTENDING TIME TO RESPOND TO COMPLAINT |

WHEREAS, on June 14, 2010, plaintiff Washtenaw County Employees' Retirement System ("Plaintiff") filed the Complaint in this action;

WHEREAS, pursuant to the Private Securities Litigation Reform Act of 1995, 15 U.S.C. §78u-4(a)(3)(B), the Court has not yet appointed a Lead Plaintiff in this action;

WHEREAS, proposed lead plaintiffs are scheduled to file motions for the appointment of Lead Plaintiff no later than August 13, 2010; and

WHEREAS, Plaintiff and all Defendants agree that Defendants shall not be required to answer or otherwise respond to the Complaint until after the appointment of Lead Plaintiff and the filing of a Consolidated Complaint.

NOW THEREFORE, IT IS SO STIPULATED, pursuant to Civil L.R. 6-1(a), by and between Plaintiff and Defendants that the time by which Defendants must answer or otherwise respond to the Complaint shall be extended until after the appointment of a Lead Plaintiff and the filing of a Consolidated Complaint.   *** **LANGUAGE STRIKEN BY THE COURT** ***

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

Defendants shall have 45 days from the filing of the Consolidated Complaint to file their responsive pleading;

Lead Plaintiff shall have 45 days from the filing of Defendants' responsive pleading to file an opposition; and

Defendants shall have 30 days from the filing of Lead Plaintiff's opposition in which to file a reply.

Dated:  July 2, 2010

| LATHAM & WATKINS LLP | ROBBINS GELLER RUDMAN & DOWD LLP |
|---|---|
| _____/S/_____<br>By:  John C. Tang (SBN 212371)<br>140 Scott Drive | _____/S/_____<br>By:  Shawn A. Williams (SBN 213113)<br>100 Pine Street, Suite 2600 |

| 1 | Menlo Park, CA 94025 | San Francisco, CA 94111 |
|---|---|---|

1 | Menlo Park, CA 94025
2 | Phone:  (650) 328-4600
Fax:  (650) 463-2600
3 | Email:  john.tang@lw.com

San Francisco, CA 94111
Phone:  (415) 288-4545
Fax:  (415) 288-4534
Email:  shawnw@rgrdlaw.com

4 | Attorneys for Defendants Celera Corporation, Kathy Ordoñez, Joel R. Jung, and Ugo DeBlasi

Attorneys for Plaintiff Washtenaw County Employees' Retirement System

8   I, John C. Tang, am the ECF User whose ID and password are being used to file this Stipulation and [Proposed] Order Extending Time to Respond to Complaint.  In compliance with General Order 45, X.B., I hereby attest that Shawn A. Williams has concurred in this filing.

\*   \*   \*

**IT IS SO ORDERED AS MODIFIED**

The Court shall set a deadline for filing the Consolidated Complaint in its ruling on the parties' Motion for Appointment of Lead Counsel.

Dated: July 8, 2010

_____
United States District Judge

Menlo Park, CA 94025
Phone:  (650) 328-4600
Fax:  (650) 463-2600
Email:  john.tang@lw.com

San Francisco, CA 94111
Phone:  (415) 288-4545
Fax:  (415) 288-4534
Email:  shawnw@rgrdlaw.com

Attorneys for Defendants Celera Corporation, Kathy Ordoñez, Joel R. Jung, and Ugo DeBlasi

Attorneys for Plaintiff Washtenaw County Employees' Retirement System

I, John C. Tang, am the ECF User whose ID and password are being used to file this Stipulation and [Proposed] Order Extending Time to Respond to Complaint.  In compliance with General Order 45, X.B., I hereby attest that Shawn A. Williams has concurred in this filing.

\*   \*   \*

**IT IS SO ORDERED AS MODIFIED**

The Court shall set a deadline for filing the Consolidated Complaint in its ruling on the parties' Motion for Appointment of Lead Counsel.

Dated: July 8, 2010

_____
United States District Judge