# EXHIBIT A

CERTIFICATION OF NAMED PLAINTIFF
PURSUANT TO FEDERAL SECURITIES LAWS

WASHTENAW COUNTY EMPLOYEES' RETIREMENT SYSTEM ("Plaintiff") declares:

1. Plaintiff has reviewed a complaint and authorized its filing.

2. Plaintiff did not acquire the security that is the subject of this action at the direction of plaintiff's counsel or in order to participate in this private action or any other litigation under the federal securities laws.

3. Plaintiff is willing to serve as a representative party on behalf of the class, including providing testimony at deposition and trial, if necessary.

4. Plaintiff has made the following transaction(s) during the Class Period in the securities that are the subject of this action:

| Security | Transaction | Date | Price Per Share |
|---|---|---|---|

*See* attached Schedule A.

5. Plaintiff has not sought to serve or served as a representative party in a class action that was filed under the federal securities laws within the three-year period prior to the date of this Certification except as detailed below:

6. The Plaintiff will not accept any payment for serving as a representative party on behalf of the class beyond the Plaintiff's pro rata share of any recovery,

CELERA

except such reasonable costs and expenses (including lost wages) directly relating to the representation of the class as ordered or approved by the court.

I declare under penalty of perjury that the foregoing is true and correct. Executed this 11 day of June, 2010.

WASHTENAW COUNTY EMPLOYEES' RETIREMENT SYSTEM

By: *Mark Ouimet*

Its: Chair

## SCHEDULE A

## SECURITIES TRANSACTIONS

**Acquisitions**

| Date Acquired | Type/Amount of Securities Acquired | Price |
| --- | --- | --- |
| 07/01/2008 | 4,190 | $11.51 |
| 05/28/2009 - SD | 215 | $7.80 |
| 06/11/2009 - SD | 135 | $8.65 |

**Sales**

| Date Sold | Type/Amount of Securities Sold | Price |
| --- | --- | --- |
| 10/02/2008 - SD | 24 | $15.53 |
| 10/03/2008 - SD | 76 | $15.49 |
| 07/14/2009 - SD | 96 | $6.90 |
| 07/15/2009 - SD | 147 | $6.96 |
| 07/15/2009 - SD | 217 | $7.00 |

*Opening position of 215 shares.

Settlement dates are indicated with "SD" attached to the date.