# EXHIBIT B



1 of 1 DOCUMENT

Copyright 2010 Business Wire, Inc.
Business Wire

June 14, 2010 Monday 6:23 PM GMT

**DISTRIBUTION:** Legal Writers

**LENGTH:** 738 words

**HEADLINE:** Robbins Geller Rudman & Dowd LLP Files Class Action Suit Against Celera Corporation

**DATELINE:** SAN DIEGO

**BODY:**

   Robbins Geller Rudman & Dowd LLP ("Robbins Geller") ( http://www.rgrdlaw.com/cases/celera/ ) today announced that a class action has been commenced on behalf of an institutional investor in the United States District Court for the Northern District of California on behalf of purchasers of Celera Corporation ("Celera") (NYSE:CRA) common stock during the period between April 24, 2008 and July 22, 2009 (the "Class Period").

   If you wish to serve as lead plaintiff, you must move the Court no later than 60 days from today. If you wish to discuss this action or have any questions concerning this notice or your rights or interests, please contact plaintiff's counsel, Darren Robbins of Robbins Geller at 800/449-4900 or 619/231-1058, or via e-mail at djr@rgrdlaw.com If you are a member of this class, you can view a copy of the complaint as filed or join this class action online at http://www.rgrdlaw.com/cases/celera/ . Any member of the putative class may move the Court to serve as lead plaintiff through counsel of their choice, or may choose to do nothing and remain an absent class member.

   The complaint charges Celera and certain of its officers and directors with violations of the Securities Exchange Act of 1934. Celera is a healthcare business that delivers personalized disease management through a combination of products and services.

   The complaint alleges that during the Class Period, defendants issued false and misleading statements regarding the Company's business and financial results, repeatedly assuring investors that the Company would be able to increase the amount of its Lab Services business that was under contract, thus making its ability to collect on its receivables more predictable and less costly and time consuming. Defendants further assured investors that the Company was adequately reserving for its bad debts. As a result of defendants' false statements, Celera stock traded at artificially inflated prices throughout the Class Period, trading as high as $16.23 per share in September 2008.

   On July 22, 2009, the Company announced that its "second quarter 2009 revenues relative to the prior year quarter [were] expected to show a reduction for the Company's Lab Services business." According to the Company, the Lab Services revenues were "adversely affected by lower than anticipated sample volume due to broad economic pressures, lost business as a result of the Company's efforts to collect aged receivables, and the denial of reimbursement on a number of legacy . . . tests by certain payors in some regions." In addition, Celera expected to record "significant charges in the second quarter of 2009 for bad debt expense and impairment of goodwill and intangible assets." On this news, Celera's stock tumbled $1.91 per share to close at $5.83 per share on July 23, 2009, a one-day decline of nearly 25% and a 64% decline from the stock's Class Period high.

   According to the complaint, the true facts, which were then known by or available to the defendants during the Class Period, were: (a) Celera was not adequately reserving for its allowance for bad debts in violation of Generally

Robbins Geller Rudman & Dowd LLP Files Class Action Suit Against Celera Corporation Business Wire June 14, 2010 Monday 6:23 PM GMT

Accepted Accounting Principles, causing its financial results to be materially misstated; (b) the Company had failed to maintain effective internal controls concerning its billing and collections processes; and (c) the Company could not substantially increase its Lab Services business that was under contract with third-party insurance payors and thus could not reduce its exposure to uncollectible accounts receivables.

Plaintiff seeks to recover damages on behalf of all purchasers of Celera common stock during the Class Period (the "Class"). The plaintiff is represented by Robbins Geller, which has expertise in prosecuting investor class actions and extensive experience in actions involving financial fraud.

Robbins Geller, a 180-lawyer firm with offices in San Diego, San Francisco, New York, Boca Raton, Washington, D.C., Philadelphia and Atlanta, is active in major litigations pending in federal and state courts throughout the United States and has taken a leading role in many important actions on behalf of defrauded investors, consumers, and companies, as well as victims of human rights violations. The Robbins Geller Web site ( http://www.rgrdlaw.com ) has more information about the firm.

CONTACT: Robbins Geller Rudman & Dowd LLP
Darren Robbins, 800/449-4900 or 619/231-1058
djr@rgrdlaw.com

**URL:** http://www.businesswire.com

**LOAD-DATE:** June 15, 2010