1 | ROBBINS GELLER RUDMAN
    & DOWD LLP
2 | WILLOW E. RADCLIFFE (200087)
    Post Montgomery Center
3 | One Montgomery Street, Suite 1800
    San Francisco, CA  94104
4 | Telephone:  415/288-4545
    415/288-4534 (fax)
5 | willowr@rgrdlaw.com

6 | Lead Counsel for Plaintiff

7 | [Additional counsel appear on signature page.]

*IT IS SO ORDERED AS MODIFIED*
*Judge James Ware*
11/2/2010

8 | UNITED STATES DISTRICT COURT

9 | NORTHERN DISTRICT OF CALIFORNIA

10 | SAN JOSE DIVISION

| | |
|---|---|
| In re CELERA CORP. SEC. LITIG. | No. 10-cv-02604-JW(HRL) |
| | CLASS ACTION |
| This Document Relates To: | |
| ALL ACTIONS. | STIPULATION AND [PROPOSED] ORDER CONTINUING CASE MANAGEMENT CONFERENCE |

583563_1

WHEREAS, Plaintiff Washtenaw County Employees' Retirement System ("WCERS") filed a complaint against Defendants Celera Corporation ("Celera"), Ugo DeBlasi, Joel R. Jung and Kathy Ordoñez alleging violations of the Securities Exchange Act of 1934 ("1934 Act");

WHEREAS, pursuant to the Private Securities Litigation Reform Act of 1995, discovery in this action is currently stayed;

WHEREAS, on June 14, 2010 (Dkt. No. 3), the Court set an initial case management conference for December 20, 2010;

WHEREAS, on July 8, 2010 (Dkt. No. 7), the Court extended time for Defendants to respond to the initial complaint and entered the following schedules:

Defendants shall have 45 days from the filing of the consolidated complaint to file their responsive pleading;

Lead Plaintiff shall have 45 days from the filing of Defendants' responsive pleading to file an opposition; and

Defendants shall have 30 days from the filing of Lead Plaintiff's opposition in which to reply.

Dkt. No. 7 at 2.

WHEREAS, on August 11, 2010 (Dkt. No. 11), the Court related this securities class action brought pursuant to the 1934 Act with the following cases purportedly brought derivatively on behalf of Celera against certain Celera officers and directors:

| | | |
|---|---|---|
| *Washtenaw County Employees' Retirement System v. Celera Corporation, et al.* | Case No. C 10-02604 JW | June 14, 2010 |
| *Kahn v. Ordonez, et al.* | Case No. 10-02935 EMC | July 2, 2010 |
| *Greenberg v. Ordonez, et al.* | Case No. C 10-03029 BZ | July 9, 2010 |

Dkt. No. 11 at 1.

WHEREAS, pursuant to orders dated September 14 and September 23, 2010 (Dkt. Nos. 18, 21), WCERS was appointed Lead Plaintiff and directed to file and amended complaint on or before October 15, 2010;

1  WHEREAS, pursuant to orders dated September 14 and 23, 2010, the Court also set a case management conference for November 15, 2010 at 10:00 a.m.;

WHEREAS, Lead Plaintiff filed a Consolidated Amended Complaint for Violation of the Federal Securities Laws ("Complaint") against Defendants on October 15, 2010.  The Complaint also names as a Defendant, Christopher Hall ("Hall").  Counsel for the Defendants has agreed to waive service of summons for Defendant Hall;

WHEREAS, Defendants have indicated that they intend to move to dismiss the Complaint and notice the hearing for March 7, 2011;

WHEREAS, consistent with the Court's July 8, September 14 and September 23, 2010 orders, the following briefing schedule governs any motion to dismiss filed in this securities class action:

1. Defendants' responsive pleading shall be filed on or before November 29, 2010;

2. Lead Plaintiff shall file an opposition on or before January 13, 2011; and

3. Defendants shall file a reply on or before February 14, 2011.

NOW, THEREFORE, in the interest of judicial economy, the parties, by and through their undersigned counsel of record, hereby agree and stipulate as follows:

The case management conference currently scheduled for November 15, 2010 at 10:00 a.m. shall be continued to March 7, 2011 at 10:00 a.m.

The parties respectfully request that the Court enter an Order approving this Stipulation.

DATED:  October 28, 2010

ROBBINS GELLER RUDMAN
  & DOWD LLP
WILLOW E. RADCLIFFE

/s/
WILLOW E. RADCLIFFE

Post Montgomery Center
One Montgomery Street, Suite 1800
San Francisco, CA  94104
Telephone:  415/288-4545
415/288-4534 (fax)

|   |   |
|---|---|
| 1 |   |
| 2 | ROBBINS GELLER RUDMAN <br>   & DOWD LLP <br> RYAN A. LLORENS |
| 3 | 655 West Broadway, Suite 1900 <br> San Diego, CA  92101 |
| 4 | Telephone:  619/231-1058 <br> 619/231-7423 (fax) |
| 5 | Lead Counsel for Plaintiff |
| 6 |   |
| 7 | VANOVERBEKE MICHAUD & <br>   TIMMONY, P.C. |
| 8 | MICHAEL J. VANOVERBEKE <br> THOMAS C. MICHAUD |
| 9 | 79 Alfred Street <br> Detroit, MI  48201 |
| 10 | Telephone:  313/578-1200 <br> 313/578-1201 (fax) |
| 11 | GLANCY BINKOW & GOLDBERG LLP <br> LIONEL Z. GLANCY |
| 12 | ROBERT V. PRONGAY <br> 1801 Avenue of the Stars, Suite 311 |
| 13 | Los Angeles, CA  90067 <br> Telephone:  310/201-9150 |
| 14 | 310/201-9160 (fax) |
| 15 | Additional Counsel for Plaintiff |
| 16 |   |
| 17 | DATED:  October 28, 2010      MORRISON & FOERSTER, LLP <br> JORDAN ETH <br> JUDSON E. LOBDELL |
| 18 | DANIEL J. VECCHIO |
| 19 |   |
| 20 |                             /s/ <br>               JUDSON E. LOBDELL |
| 21 | 425 Market Street |
| 22 | San Francisco, CA  94105-2482 <br> Telephone:  415/268-7000 |
| 23 | 415/268-7522 (fax) |
| 24 | Counsel for Defendants Celera Corporation, Kathy Ordoñez, Joel R. Jung, Ugo Deblasi, and |
| 25 | Christopher Hall |
| 26 |   |
| 27 |   |
| 28 |   |

1   I, Willow E. Radcliffe, am the ECF User whose ID and password are being used to file this
2   Stipulation and [Proposed] Order Continuing Case Management Conference.  In compliance with
3   General Order 45, X.B., I hereby attest that Judson E. Lobdell has concurred in this filing.

                                    /s/
                        WILLOW E. RADCLIFFE

                        *    *    *

                        **O R D E R**

PURSUANT TO STIPULATION, IT IS SO ORDERED.

DATED:   November 2, 2010            _[signature: James Ware]_
                                    THE HONORABLE JAMES WARE
                                    UNITED STATES DISTRICT COURT JUDGE

583563_1   STIPULATION AND [PROPOSED] ORDER CONTINUING CASE MANAGEMENT CONFERENCE -
           10-cv-02604-JW(HRL)                                                          - 4 -

CERTIFICATE OF SERVICE

I hereby certify that on October 28, 2010, I authorized the electronic filing of the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the e-mail addresses denoted on the attached Electronic Mail Notice List, and I hereby certify that I caused to be mailed the foregoing document or paper via the United States Postal Service to the non-CM/ECF participants indicated on the attached Manual Notice List.

I certify under penalty of perjury under the laws of the United States of America that the foregoing is true and correct. Executed on October 28, 2010.

                                  /s/
                     WILLOW E. RADCLIFFE

ROBBINS GELLER RUDMAN
   & DOWD LLP
Post Montgomery Center
One Montgomery Street, Suite 1800
San Francisco, CA  94104
Telephone:  415/288-4545
415/288-4534 (fax)
E-mail: willowr@rgrdlaw.com

583563_1

## Mailing Information for a Case 5:10-cv-02604-JW

### Electronic Mail Notice List

The following are those who are currently on the list to receive e-mail notices for this case.

- **George Carlos Aguilar**
  GAguilar@robbinsumeda.com,Notice@robbinsumeda.com

- **Mark C. Gardy**
  mgardy@gardylaw.com

- **Catherine J. Kowalewski**
  katek@rgrdlaw.com

- **Judson Earle Lobdell**
  jlobdell@mofo.com,mblackmer@mofo.com

- **Tricia Lynn McCormick**
  triciam@rgrdlaw.com,e_file_sd@rgrdlaw.com,e_file_sf@rgrdlaw.com

- **Willow E. Radcliffe**
  willowr@rgrdlaw.com,khuang@rgrdlaw.com,ptiffith@rgrdlaw.com,e_file_sd@rgrdlaw.com,ryanl@rgrdlaw.com,e_file_sf@rgrdlaw.com

- **Darren Jay Robbins**
  e_file_sd@rgrdlaw.com

- **Jennifer Sarnelli**
  jsarnelli@gardylaw.com

- **David Conrad Walton**
  davew@rgrdlaw.com

- **Shawn A. Williams**
  shawnw@rgrdlaw.com,khuang@rgrdlaw.com,e_file_sd@rgrdlaw.com,jdecena@rgrdlaw.com,e_file_sf@rgrdlaw.com

### Manual Notice List

The following is the list of attorneys who are **not** on the list to receive e-mail notices for this case (who therefore require manual noticing). You may wish to use your mouse to select and copy this list into your word processing program in order to create notices or labels for these recipients.

- `(No manual recipients)`