1  JORDAN ETH (CA SBN 121617)
   JEth@mofo.com
2  JUDSON E. LOBDELL (CA SBN 146041)
   JLobdell@mofo.com
3  DANIEL J. VECCHIO (CA SBN 253122)
   DVecchio@mofo.com
4  MORRISON & FOERSTER LLP
   425 Market Street
5  San Francisco, California  94105-2482
   Telephone: 415.268.7000
6  Facsimile: 415.268.7522

7  Attorneys for Defendants
   Celera Corporation, Kathy Ordoñez, Joel R. Jung,
8  Ugo DeBlasi, and Christopher Hall

*IT IS SO ORDERED*
*Judge James Ware*
4/22/2011

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| In re CELERA CORP. SECURITIES LITIG.<br><br>This Document Relates To:<br><br>ALL ACTIONS. | Case No.   10-cv-02604-JW<br><br>**CLASS ACTION**<br><br>**NOTICE OF WITHDRAWAL OF DANIEL J. VECCHIO AS COUNSEL FOR DEFENDANTS**<br><br>Judge:   Hon. James Ware |

NOTICE OF WITHDRAWAL OF COUNSEL
CASE NO. 10-cv-02604-JW
sf-2978944

1  PLEASE TAKE NOTICE that Daniel J. Vecchio of Morrison & Foerster LLP hereby
2  withdraws as counsel of record for Celera Corporation, Kathy Ordoñez, Joel R. Jung, Ugo
3  DeBlasi, and Christopher Hall (collectively, "Defendants").  Effective April 15, 2011, Mr.
4  Vecchio will no longer be associated with Morrison & Foerster LLP.  Jordan Eth and Judson E.
5  Lobdell of Morrison & Foerster LLP, 425 Market Street, San Francisco, California  94105, will
6  continue as counsel of record for Defendants, and all pleadings, orders, and other papers should
7  continue to be served on Morrison & Foerster LLP.

Dated: April 15, 2011

JORDAN ETH
JUDSON E. LOBDELL
DANIEL J. VECCHIO
MORRISON & FOERSTER LLP

By:  /s/ Judson E. Lobdell
       Judson E. Lobdell

Attorneys for Defendants
KATHY ORDOÑEZ, JOEL R. JUNG, UGO DEBLASI, RICHARD A. AYERS, JEAN-LUC BÉLINGARD, WILLIAM G. GREEN, PETER BARTON HUTT, GAIL K. NAUGHTON, WAYNE I ROE, AND BENNETT M. SHAPIRO, and Nominal Defendant CELERA CORPORATION

NOTICE OF WITHDRAWAL OF COUNSEL
CASE NO. 10-cv-02604-JW
sf-2978944

1