JORDAN ETH (CA SBN 121617)
JEth@mofo.com
JUDSON E. LOBDELL (CA SBN 146041)
JLobdell@mofo.com
MORRISON & FOERSTER LLP
425 Market Street
San Francisco, California  94105-2482
Telephone: 415.268.7000
Facsimile: 415.268.7522

Counsel for Defendants Celera Corporation,
Kathy Ordoñez, Joel R. Jung, Ugo DeBlasi,
and Christopher Hall

[Additional counsel appear on signature page.]

*IT IS SO ORDERED AS MODIFIED*
*Judge Edward J. Davila*
6/16/2011

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

# SAN JOSE DIVISION

| | |
|---|---|
| In re CELERA CORP. SEC. LITIG.<br><br>This Document Relates To:<br><br>ALL ACTIONS | Case No.   10-cv-02604-EJD(HRL)<br><br>**CLASS ACTION**<br><br>**STIPULATION AND [PROPOSED] ORDER REGARDING BRIEFING SCHEDULE AND HEARING DATE FOR RESPONSE TO SECOND AMENDED COMPLAINT** |

STIPULATION AND [PROPOSED] ORDER REGARDING BRIEFING SCHEDULE
CASE NO. 10-CV-02604-EJD(HRL)
sf-3006770

WHEREAS, by order dated March 24, 2011, Judge Ware set a date upon which Lead Plaintiff in this action would file a second amended complaint and also set a schedule whereby the parties would submit briefing regarding Lead Plaintiff's second amended complaint;

WHEREAS, on April 25, 2011, this action was reassigned to the Honorable Edward J. Davila for all further proceedings;

WHEREAS, on May 5, 2011, the parties submitted a joint case management statement setting forth their belief that the deadlines established pursuant to Judge Ware's March 24, 2011 order should remain in place;

WHEREAS, on May 6, 2011, consistent with the schedule set forth in Judge Ware's March 24, 2011 order and the parties' May 5, 2011 joint case management statement, Lead Plaintiff filed a Second Amended Consolidated Complaint for Violation of the Federal Securities Laws (the "Second Amended Complaint");

WHEREAS, pursuant to the schedule set forth in both Judge Ware's March 24, 2011 order and the May 5, 2011 joint case management statement, Defendants' response to the Second Amended Complaint is due on or before June 21, 2011; Lead Plaintiff's opposition to any motion to dismiss the Second Amended Complaint is due on or before August 4, 2011; and Defendants' reply is due on or before September 1, 2011; and

WHEREAS, the parties believe that the existing schedule should remain in place.

In accordance with the above, IT IS HEREBY STIPULATED AND AGREED, by the parties through their undersigned counsel of record as follows:

1. Defendants' response to the Second Amended Complaint will be filed on or before June 21, 2011;

2. Lead Plaintiff will file its opposition to any motion to dismiss the Second Amended Complaint on August 4, 2011;

3. If necessary, Defendants will file their reply to Lead Plaintiff's opposition to Defendants' motion to dismiss on or before September 1, 2011; and

4. The hearing on Defendants' motion to dismiss shall be scheduled for September 30 2011 at 9:00 AM

IT IS SO STIPULATED.

DATED: June 15, 2011

MORRISON & FOERSTER LLP
JORDAN ETH
JUDSON LOBDELL

/s/ Judson Lobdell
Judson Lobdell

425 Market Street
San Francisco, CA 94105-2482
Telephone:  415.268.7000
Facsimile:  415.268.7522

Counsel for Defendants Celera Corporation, Kathy Ordoñez, Joel R. Jung, Ugo DeBlasi, and Christopher Hall

DATED: June 15, 2011

ROBBINS GELLER RUDMAN
   & DOWD LLP
RYAN A. LLORENS

/s/ Ryan A. Llorens
Ryan A. Llorens

655 West Broadway, Suite 1900
San Diego, CA  92101
Telephone:  619.231.1058
Facsimile:  619.231.7423

ROBBINS GELLER RUDMAN
   & DOWD LLP
WILLOW E. RADCLIFFE
SARAH R. HOLLOWAY
Post Montgomery Center
One Montgomery Street, Suite 1800
San Francisco, CA  94104
Telephone:  415.288.4545
Facsimile:  415.288.4534

Lead Counsel for Plaintiff

VANOVERBEKE MICHAUD & TIMMONY, P.C.
MICHAEL J. VANOVERBEKE
THOMAS C. MICHAUD
79 Alfred Street
Detroit, MI  48201
Telephone:  313.578.1200
Facsimile:  313.578.1201

GLANCY BINKOW & GOLDBERG LLP
LIONEL Z. GLANCY
ROBERT V. PRONGAY
1801 Avenue of the Stars, Suite 311
Los Angeles, CA  90067
Telephone:  310.201.9150
Facsimile:  310.201.9160

Additional Counsel for Plaintiff

*   *   *

**ORDER**

PURSUANT TO STIPULATION, IT IS SO ORDERED.

Dated: June  16 , 2011                                  _____
                                                                     Hon. Edward J. Davila
                                                                     United States District Court Judge

I, Judson E. Lobdell, am the ECF User whose ID and password are being used to file this Stipulation and [Proposed] Order regarding Briefing Schedule and Hearing Date for Response to Second Amended Complaint.  In compliance with General Order No. 45, X.B., I hereby attest that Ryan Llorens has concurred in this filing.

                                                                     /s/ Judson E. Lobdell
                                                                     JUDSON E. LOBDELL