1  ROBBINS GELLER RUDMAN
   & DOWD LLP
2  WILLOW E. RADCLIFFE (200087)
   Post Montgomery Center
3  One Montgomery Street, Suite 1800
   San Francisco, CA 94104
4  Telephone: 415/288-4545
   415/288-4534 (fax)
5  willowr@rgrdlaw.com

6  Lead Counsel for Plaintiff

7  [Additional counsel appear on signature page.]

**IT IS SO ORDERED**
Judge Edward J. Davila
3/14/2012

8                    UNITED STATES DISTRICT COURT

9                   NORTHERN DISTRICT OF CALIFORNIA

10                           SAN JOSE DIVISION

| 11 | In re CELERA CORP. SEC. LITIG. | ) | No. 5:10-cv-02604-EJD(HRL) |
|----|-------------------------------|---|----------------------------|
| 12 |                               | ) | <u>CLASS ACTION</u>        |
| 13 | This Document Relates To:     | ) | NOTICE OF WITHDRAWAL OF    |
| 14 | ALL ACTIONS.                  | ) | APPEARANCE                 |

693094_1

TO: ALL PARTIES AND THEIR ATTORNEYS OF RECORD

NOTICE IS HEREBY GIVEN that, pursuant to Civil L.R. 11-5, Sarah R. Holloway respectfully withdraws her appearance as counsel for the lead plaintiff Washtenaw County Employees Retirement System in the above-captioned matter and requests that her name be removed from the Court's and the parties' service lists, electronic or otherwise. The law firm of Robbins Geller Rudman & Dowd LLP and its attorneys will continue to represent the lead plaintiff in this matter.

DATED: March 13, 2012

ROBBINS GELLER RUDMAN
  & DOWD LLP
WILLOW E. RADCLIFFE

    s/ Willow E. Radcliffe
WILLOW E. RADCLIFFE

Post Montgomery Center
One Montgomery Street, Suite 1800
San Francisco, CA 94104
Telephone: 415/288-4545
415/288-4534 (fax)

Lead Counsel for Plaintiff

VANOVERBEKE MICHAUD &
  TIMMONY, P.C.
MICHAEL J. VANOVERBEKE
THOMAS C. MICHAUD
79 Alfred Street
Detroit, MI 48201
Telephone: 313/578-1200
313/578-1201 (fax)

GLANCY BINKOW & GOLDBERG LLP
LIONEL Z. GLANCY
ROBERT V. PRONGAY
1925 Century Park East, Suite 2100
Los Angeles, CA 90067
Telephone: 310/201-9150
310/201-9160 (fax)

Additional Counsel for Plaintiff

CERTIFICATE OF SERVICE

I hereby certify that on March 13, 2012, I authorized the electronic filing of the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the e-mail addresses denoted on the attached Electronic Mail Notice List, and I hereby certify that I caused to be mailed the foregoing document or paper via the United States Postal Service to the non-CM/ECF participants indicated on the attached Manual Notice List.

I certify under penalty of perjury under the laws of the United States of America that the foregoing is true and correct. Executed on March 13, 2012.

s/ Willow E. Radcliffe
WILLOW E. RADCLIFFE

ROBBINS GELLER RUDMAN
& DOWD LLP
Post Montgomery Center
One Montgomery Street, Suite 1800
San Francisco, CA 94104
Telephone: 415/288-4545
415/288-4534 (fax)
E-mail:willowr@rgrdlaw.com

693094_1

## Mailing Information for a Case 5:10-cv-02604-EJD

### Electronic Mail Notice List

The following are those who are currently on the list to receive e-mail notices for this case.

- **George Carlos Aguilar**
  GAguilar@robbinsumeda.com,Notice@robbinsumeda.com

- **Mark C. Gardy**
  mgardy@gardylaw.com

- **Ryan Anthony Llorens**
  ryanl@rgrdlaw.com

- **Judson Earle Lobdell**
  jlobdell@mofo.com,tvanvoris@mofo.com,mblackmer@mofo.com

- **Tricia Lynn McCormick**
  triciam@rgrdlaw.com,e_file_sd@rgrdlaw.com,e_file_sf@rgrdlaw.com

- **Robert Vincent Prongay**
  rprongay@glancylaw.com

- **Willow E. Radcliffe**
  willowr@rgrdlaw.com,khuang@rgrdlaw.com,ptiffith@rgrdlaw.com,e_file_sd@rgrdlaw.com,ryanl@rgrdlaw.com,e_file_sf@rgrdlaw.com

- **Darren Jay Robbins**
  e_file_sd@rgrdlaw.com

- **Jennifer Sarnelli**
  jsarnelli@gardylaw.com

- **David Conrad Walton**
  davew@rgrdlaw.com

- **Shawn A. Williams**
  shawnw@rgrdlaw.com,khuang@rgrdlaw.com,e_file_sd@rgrdlaw.com,e_file_sf@rgrdlaw.com

### Manual Notice List

The following is the list of attorneys who are **not** on the list to receive e-mail notices for this case (who therefore require manual noticing). You may wish to use your mouse to select and copy this list into your word processing program in order to create notices or labels for these recipients.

```
Catherine        J. Kowalewski
Robbins Geller Rudman & Dowd LLP
655 W Broadway
Suite 1900
San Diego, CA 92101
```