JORDAN ETH (CA SBN 121617)
JEth@mofo.com
JUDSON E. LOBDELL (CA SBN 146041)
JLobdell@mofo.com
MORRISON & FOERSTER LLP
425 Market Street
San Francisco, California 94105-2482
Telephone: 415.268.7000
Facsimile: 415.268.7522

Attorneys for Defendants
Celera Corporation, Kathy Ordoñez, Joel R. Jung,
Ugo DeBlasi, and Christopher Hall

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| In re CELERA CORP. SEC. LITIG. | Case No. 10-cv-02604-EJD(HRL) |
| | <u>CLASS ACTION</u> |
| This Document Relates To: | STIPULATION AND [PROPOSED] ORDER TO EXTEND DEADLINE TO AMEND DEFENDANTS' ANSWER |
| ALL ACTIONS. | |

STIP. AND [PROPOSED] ORDER TO EXTEND DEADLINE TO AMEND DEFS' ANSWER
Case No. 10-cv-02604-EJD(HRL)
sf-3223839

1  Pursuant to Civil Local Rule 7-12, the parties, Lead Plaintiff Washtenaw County
2  Employees' Retirement System ("Lead Plaintiff") and defendants Celera Corporation, Kathy
3  Ordoñez, Joel R. Jung, Ugo DeBlasi and Christopher Hall (collectively, "Defendants"), by and
4  through their undersigned counsel of record, submit the following stipulation and proposed order:

5  WHEREAS, on May 6, 2011, Lead Plaintiff filed a Second Amended Consolidated
6  Complaint for Violation of the Federal Securities Laws (the "Complaint") (Dkt. No. 45);

7  WHEREAS, on September 4, 2012, the Court denied Defendants' motion to dismiss the
8  Complaint (Dkt. No. 65);

9  WHEREAS, by Order dated September 14, 2012 (Dkt. No. 67), the Court extended
10 Defendants' deadline to answer or otherwise respond to the Complaint until October 19, 2012;

11 WHEREAS, on October 19, 2012, Defendants filed their Answer to the Complaint;

12 WHEREAS, by Order dated November 7, 2012 (Dkt. No. 77), the Court extended the
13 deadline for Lead Plaintiff to file a Motion to Strike Defendants' Answer, or portions thereof,
14 until November 29, 2012;

15 WHEREAS, Lead Plaintiff and Defendants have met and conferred with respect to the
16 sufficiency of Defendants' Answer;

17 WHEREAS, Defendants have agreed to amend their Answer and represent that they need
18 additional time to amend Defendants' Answer, or portions thereof;

19 WHEREAS, Lead Plaintiff agrees to provide written consent to Defendants to amend their
20 Answer without leave of Court until January 7, 2013;

21 WHEREAS, Lead Plaintiff agrees not to file a Motion to Strike prior to the filing by
22 Defendants of an amended Answer on or before January 7, 2013;

23 WHEREAS, Lead Plaintiff and Defendants agree to confer, upon the filing of an
24 amended Answer, as to a reasonable time period for Lead Plaintiff to move to strike the amended
25 Answer should Lead Plaintiff seek to do so;

26 WHEREAS, Lead Plaintiff and Defendants agree that in the event that Defendants move
27 for summary judgment on the basis of the affirmative defenses asserted in the amended Answer,
28

1 | Lead Plaintiff and Defendants shall confer as to a reasonable time period for Lead Plaintiff to
2 | oppose such motion;

3 |     WHEREAS, pursuant to Civil L.R. 6-2(a)(2), the following are previous time
4 | modifications in this action: (i) July 8, 2010 Order (J. Ware) extending Defendants' time to
5 | respond to the Complaint until after the appointment of Lead Plaintiff (Dkt. No. 7); (ii)
6 | November 2, 2010 Order (J. Ware) continuing the case management conference from
7 | November 15, 2010 to March 7, 2011 (Dkt. No. 27); (iii) February 18, 2011 Clerk's Notice
8 | continuing the hearing on Defendants' motion to dismiss and the case management conference
9 | from March 7, 2011 until March 28, 2011 (Dkt. No. 36); (iv) March 24, 2011 Order (J. Ware)
10 | vacating the hearing on Defendants' motion to dismiss and continuing the case management
11 | conference, and also setting a schedule for the filing of, briefing of, and hearing on Lead
12 | Plaintiff's Second Amended Consolidated Complaint (Dkt. No. 40); (v) June 16, 2011 Order (J.
13 | Davila) setting a schedule for the filing of, briefing of, and hearing on Lead Plaintiff's Second
14 | Amended Consolidated Complaint (Dkt. No. 47); (vi) November 23, 2011 Order (J. Davila)
15 | continuing the case management conference scheduled for December 2, 2011 (Dkt. No. 61); (vii)
16 | September 14, 2012 Order (J. Davila) extending time for Defendants to answer or otherwise
17 | respond to the Second Amended Consolidated Complaint (Dkt. No. 67); (viii) October 5, 2012
18 | Order (J. Davila) extending time for the Rule 26(f) Conference and for parties to file their Joint
19 | Case Management Statement and the Case Management Conference to November 9, 2012 (Dkt.
20 | No. 71); and (ix) November 7, 2012 Order (J. Davila) extending the deadline for Lead Plaintiff to
21 | file a Motion to Strike Defendants' Answer, or portions thereof, to November 29, 2012 (Dkt. No.
22 | 77); and

23 |     WHEREAS, the continuance of the deadline for Defendants to amend their Answer will
24 | not affect any other deadlines or events in this action except as otherwise set forth above.

25 |     IT IS HEREBY STIPULATED AND AGREED among the undersigned parties that the
26 | deadline for Defendants to amend their Answer without leave of Court shall be continued until
27 | January 7, 2013, or such later date as is convenient for the Court.
28 |

STIP. AND [XXXXXXX] ORDER TO EXTEND DEADLINE TO AMEND DEFS' ANSWER
Case No. 10-cv-02604-EJD(HRL)
sf-3223839

2

| | | |
|---|---|---|
| 1 | Dated: December 14, 2012 | JORDAN ETH |
| 2 | | JUDSON E. LOBDELL |
| | | MORRISON & FOERSTER LLP |

By:  /s/Judson E. Lobdell
JUDSON E. LOBDELL

Attorneys for Defendants
CELERA CORPORATION, KATHY
ORDOÑEZ, JOEL R. JUNG, UGO
DeBLASI, AND CHRISTOPHER
HALL

Dated: December 14, 2012

ROBBINS GELLER RUDMAN
& DOWD LLP
WILLOW E. RADCLIFFE
SUNNY S. SARKIS

By:  /s/ Willow E. Radcliffe
WILLOW E. RADCLIFFE

Post Montgomery Center
One Montgomery Street, Suite 1800
San Francisco, CA 94104
Telephone: 415/288-4545
415/288-4534 (fax)

Lead Counsel for Plaintiff

VANOVERBEKE MICHAUD &
 TIMMONY, P.C.
MICHAEL J. VANOVERBEKE
THOMAS C. MICHAUD
79 Alfred Street
Detroit, MI 48201
Telephone: 313/578-1200
313/578-1201 (fax)

STIP. AND [XXXXXXX] ORDER TO EXTEND DEADLINE TO AMEND DEFS' ANSWER
Case No. 10-cv-02604-EJD(HRL)
sf-3223839

3

1
2
3
4
5
6

GLANCY BINKOW & GOLDBERG LLP
LIONEL Z. GLANCY
ROBERT V. PRONGAY
1925 Century Park East, Suite 2100
Los Angeles, CA 90067
Telephone: 310/201-9150
310/201-9160 (fax)

Additional Counsel for Plaintiff

7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

STIP. AND [PROPOSED] ORDER TO EXTEND DEADLINE TO AMEND DEFS' ANSWER
Case No. 10-cv-02604-EJD(HRL)
sf-3223839

4

I, Judson E. Lobdell, am the ECF User whose ID and password are being used to file this Stipulation and [Proposed] Order to Extend Deadline to Amend Defendants' Answer. In compliance with Civil Local Rule 5-1(i)(3), I hereby attest that Willow E. Radcliffe has concurred in this filing.

                                                                             s/ Judson E. Lobdell  
                                                                              JUDSON E. LOBDELL

\* \* \*

O R D E R

IT IS SO ORDERED.

DATED: 12/17/2012

THE HONORABLE EDWARD J. DAVILA  
UNITED STATES DISTRICT COURT JUDGE