1  Stephen D. Hibbard (State Bar No. 177865)
   Mikael A. Abye (State Bar No. 233458)
2  SHEARMAN & STERLING LLP
   525 Market Street, Suite 1500
3  San Francisco, CA 94105-2723
   Telephone:  (415) 616-1100
4  Facsimile:  (415) 616-1199
   Email: shibbard@shearman.com
5         mabye@shearman.com

6  Brian Polovoy (NY State Bar No. 2539922)
   (Admitted *Pro Hac Vice*)
7  Sara Ricciardi (NY State Bar No. 4141339)
   (Admitted *Pro Hac Vice*)
8  SHEARMAN & STERLING LLP
   599 Lexington Avenue
9  New York, NY 10022-6069
   Telephone: (212) 848-4000
10 Facsimile: (212) 848-7179
   Email:  bpolovoy@shearman.com
11         sara.ricciardi@shearman.com

12 Attorneys for Defendants
   CELERA CORPORATION, KATHY ORDOÑEZ,
13 JOEL R. JUNG, UGO DEBLASI, AND
   CHRISTOPHER HALL

14

15                    UNITED STATES DISTRICT COURT

16                   NORTHERN DISTRICT OF CALIFORNIA

17                          SAN JOSE DIVISION

18

19 | In re CELERA CORP. SEC. LITIG. | Case No. 10-cv-02604-EJD (HRL) |

20

21 | This Document Relates To: | CLASS ACTION |

22 |   ALL ACTIONS. | **STIPULATION AND [PROPOSED] ORDER TO MODIFY CASE MANAGEMENT ORDER** |

23

24

25

26

27

28

Pursuant to Civil Local Rules 6-2 and 7-12, the parties, Lead Plaintiff Washtenaw County Employees' Retirement System ("Plaintiff") and defendants Celera Corporation, Kathy Ordoñez, Joel R. Jung, Ugo DeBlasi and Christopher Hall (collectively, "Defendants"), by and through their undersigned counsel of record, submit the following stipulation and proposed order:

WHEREAS, on November 5, 2012, the Court issued a Case Management Order ("CMO") setting forth the schedule that currently governs the discovery deadlines in this case, with the schedule as follows:

| EVENT | DEADLINE |
|---|---|
| Fact Discovery Cutoff | September 18, 2013 |
| Designation of Opening Experts with Reports | 49 days before Expert Discovery Cutoff |
| Designation of Rebuttal Experts with Reports | 28 days before Expert Discovery Cutoff |
| Expert Discovery Cutoff | October 18, 2013 |
| Deadline(s) for Filing Discovery Motions | <u>See</u> Civil Local Rule 37-3 |
| Deadline for Filing Dispositive Motions[1] | October 25, 2013 |
| Preliminary Pretrial Conference | 11:00 a.m. August 23, 2013 |
| Joint Preliminary Pretrial Conference Statement | August 14, 2013 |

WHEREAS, discovery in this action was stayed pursuant to to 15 U.S.C. § 78u-4(b)(3)(B) until the Court ruled on Defendants' motion to dismiss on September 4, 2012;

WHEREAS, Plaintiff served its First Request for Production of Documents to Defendants ("Request for Documents") on October 12, 2012;

WHEREAS, Defendants served their Response to Plaintiff's First Request for Production of Document to Defendants ("Responses and Objections") on November 13, 2012;

WHEREAS, on November 28, 2012, Plaintiff's counsel and Defendants' predecessor counsel participated in a meet and confer regarding discovery from Defendants and their objections;

---

[1] This is the last date for *filing* dispositive motions. The actual hearing on the motion may be noticed for a date subsequent after contacting Judge Davila's courtroom deputy.

WHEREAS, on December 17, 2012, Defendants moved this court for substitution of counsel, seeking to replace their predecessor counsel, Morrison and Forester LLP, with Defendants' current counsel, Shearman & Sterling LLP;

WHEREAS, on December 18, 2012, this Court granted Defendants' motion for substitution of counsel;

WHEREAS, since the substitution of counsel, the parties have worked diligently to proceed with discovery in accordance with the CMO, as set forth in the accompanying Declaration of Stephen D. Hibbard, and over the last two months, counsel for the parties have engaged in extensive discovery negotiations and have significantly narrowed the points of disagreement, such that, to date, no court intervention has been required;

WHEREAS, as a result of those discussions, Defendants have begun a systematic rolling production of documents;

WHEREAS, based on agreements as to search terms and custodians to date, Defendants estimate they will need to review nearly 1,000,000 documents, potentially totaling several million pages and despite Defendants' best efforts, it is apparent that the actual scope of discovery makes it no longer feasible for the parties to complete fact discovery by the current CMO deadline;

WHEREAS, pursuant to Civil L.R. 6-2(a)(2), the following are previous time modifications in this action: (i) July 8, 2010 Order (J. Ware) extending Defendants' time to respond to the Complaint until after the appointment of Lead Plaintiff (Dkt. No. 7); (ii) November 2, 2010 Order (J. Ware) continuing the case management conference from November 15, 2010 to March 7, 2011 (Dkt. No. 27); (iii) February 18, 2011 Clerk's Notice continuing the hearing on Defendants' motion to dismiss and the case management conference from March 7, 2011 until March 28, 2011 (Dkt. No. 36); (iv) March 24, 2011 Order (J. Ware) vacating the hearing on Defendants' motion to dismiss and continuing the case management conference, and also setting a schedule for the filing of, briefing of, and hearing on Lead Plaintiff's Second Amended Consolidated Complaint (Dkt. No. 40); (v) June 16, 2011 Order (J. Davila) setting a schedule for the filing of, briefing of, and hearing on Lead Plaintiff's Second Amended Consolidated Complaint (Dkt. No. 47); (vi) November 23, 2011 Order (J. Davila) continuing the case management conference scheduled for December 2,

2011 (Dkt. No. 61); (vii) September 14, 2012 Order (J. Davila) extending time for Defendants to answer or otherwise respond to the Second Amended Consolidated Complaint (Dkt. No. 67); (viii) October 5, 2012 Order (J. Davila) extending time for the Rule 26(f) Conference and for parties to file their Joint Case Management Statement and the Case Management Conference to November 9, 2012 (Dkt. No. 71); (ix) November 7, 2012 Order (J. Davila) extending the deadline for Lead Plaintiff to file a Motion to Strike Defendants' Answer, or portions thereof, to November 29, 2012 (Dkt. No. 77); (x) December 17, 2012 Order (J. Davila) extending the deadline to amend Answer without leave of Court to January 7, 2013 (Dkt. No. 80); and (xi) January 7, 2013 Order extending deadline to amend Defendants' answer to January 29, 2013;

IT IS HEREBY STIPULATED AND AGREED among the undersigned parties that all deadlines in the November 5, 2012 Case Management Order shall be extended as follows:

| EVENT | DEADLINE |
| --- | --- |
| Fact Discovery Cutoff | February 5, 2014 |
| Designation of Opening Experts with Reports | 49 days before Expert Discovery Cutoff |
| Designation of Rebuttal Experts with Reports | 28 days before Expert Discovery Cutoff |
| Expert Discovery Cutoff | April 4, 2014 |
| Deadline(s) for Filing Discovery Motions | See Civil Local Rule 37-3 |
| Deadline for Filing Dispositive Motions | March 11, 2014 |
| Preliminary Pretrial Conference | 11:00 a.m. January 3, 2014 |
| Joint Preliminary Pretrial Conference Statement | December 19, 2013 |

DATED: April 2, 2013

SHEARMAN & STERLING LLP

STEPHEN D. HIBBARD
BRIAN POLOVOY
SARA RICCIARDI
MIKAEL A. ABYE

By: /s/ *Stephen D. Hibbard*

Stephen D. Hibbard

*Attorneys for Defendants*

CELERA CORPORATION, KATHY ORDOÑEZ, JOEL R. JUNG, UGO DeBLASI, AND CHRISTOPHER HALL

DATED: April 2, 2013

ROBBINS GELLER RUDMAN & DOWD LLP

WILLOW E. RADCLIFFE
SUNNY S. SARKIS

By: /s/ Willow E. Radcliffe
Willow E. Radcliffe

Post Montgomery Center
One Montgomery Street, Suite 1800
San Francisco, CA 94104
Telephone: (415) 288-4545
Facsimile: (415) 288-4534

*Lead Counsel for Plaintiff*

**O R D E R**

PURSUANT TO STIPULATION, IT IS SO ORDERED.

Dated: 4/3/2013

The Honorable Edward J. Davila
United States District Court Judge

STIP. AND [PROP.] ORDER TO MODIFY C.M.O. - 4 - CASE NO. 10-CV-02604-EJD (HRL)

306197