1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

**United States District Court**
For the Northern District of California

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| IN RE | CASE NO. 5:10-cv-02604 EJD |
| CELERA CORPORATION SECURITIES LITIGATION | **ORDER RE: COMPLIANCE WITH CIVIL LOCAL RULE 79-5** |
| | [Docket Item No(s). 94] |

_____/

Presently before the court is Plaintiff's administrative motion pursuant to Civil Local Rule 79-5(d) to file under seal portions of certain documents previously designated as confidential by Defendants or by third parties. See Docket Item No. 94.

Civil Local Rule 79-5(d) states:

> If a party wishes to file a document that has been designated confidential by another party pursuant to a protective order, or if a party wishes to refer in a memorandum or other filing to information so designated by another party, the submitting party must file and serve an Administrative Motion for a sealing order and lodge the document, memorandum or other filing in accordance with this rule. If only a portion of the document, memorandum or other filing is sealable, the submitting party must also lodge with the Court a redacted version of the document, memorandum or other filing to be placed in the public record if the Court approves the requested sealing order. _Within 7 days thereafter, the designating party must file with the Court and serve a declaration establishing that the designated information is sealable, and must lodge and serve a narrowly tailored proposed sealing order, or must withdraw the designation of confidentiality._ If the designating party does not file its responsive declaration as required by this subsection, the document or proposed filing will be made part of the public record.

1

**United States District Court**
For the Northern District of California

1      Plaintiff's administrative motion was filed on August 30, 2013.  From that date, Defendants

2   or any other interested party should have filed a declaration pursuant to Civil Local Rule 79-5(d) on

3   or before September 6, 2013.  To date no such declaration has been filed.

4      Accordingly, the court extends the deadline for Defendants or any other interested party to

5   file a declaration pursuant to Civil Local Rule 79-5(d) until **Friday, September 12, 2013, at 4:00**

6   **p.m.**  Failure to file a compliant declaration by the extended deadline will result in an order denying

7   Plaintiff's administrative motion and directing Plaintiff to file the referenced documents as part of

8   the public record - even those previously designated as confidential.

9      Lead counsel for Plaintiff shall serve a copy of this order on any other interested party who

10   has previously made confidentiality designations that may be affected by a sealing order.

11   **IT IS SO ORDERED.**

12

13   Dated:  September 10, 2013



14                                                   EDWARD J. DAVILA
                                                     United States District Judge

2

CASE NO. 5:10-cv-02604 EJD
ORDER RE: COMPLIANCE WITH CIVIL LOCAL RULE 79-5