IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| WASHTENAW COUNTY,<br><br>　　　　　Plaintiff,<br>　v.<br><br>CELERA CORPORATION,<br><br>　　　　　Defendants. | CASE NO. 5:10-CV-02604-EJD<br><br>**CASE MANAGEMENT ORDER** |

This case is scheduled for a Case Management Conference on April 25, 2014. Having reviewed the parties' Joint Case Management Statement (see Docket Item No. 156), the court has determined that a scheduling conference is premature at this time. Accordingly, the Case Management Conference is VACATED. The court will reset the conference if necessary upon resolution of PricewaterhouseCooper LLP's motion to dismiss.

Dated: April 21, 2014

　　　　　　　　　　　　　　　　　　　　　　　EDWARD J. DAVILA
　　　　　　　　　　　　　　　　　　　　　　　United States District Judge