ROBBINS GELLER RUDMAN
  & DOWD LLP
WILLOW E. RADCLIFFE (200087)
AELISH M. BAIG (201279)
SUNNY S. SARKIS (258073)
Post Montgomery Center
One Montgomery Street, Suite 1800
San Francisco, CA  94104
Telephone:  415/288-4545
415/288-4534 (fax)
willowr@rgrdlaw.com
aelishb@rgrdlaw.com
ssarkis@rgrdlaw.com

Lead Counsel for Plaintiff

[Additional counsel appear on signature page.]

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| In re CELERA CORP. SEC. LITIG. | ) No. 5:10-cv-02604-EJD(HRL) |
| | ) |
| This Document Relates To: | ) CLASS ACTION |
| | ) AMENDED STIPULATION AND [PROPOSED] ORDER |
| ALL ACTIONS. | ) CONTINUING AUGUST 1, 2014 CASE |
| | ) MANAGEMENT CONFERENCE |

960389_1

1    WHEREAS, a Case Management Conference is scheduled before the Court for August 1,
2 2014 at 10:00 a.m.;

3    WHEREAS, as set forth in the parties' stipulation filed on June 3, 2014, the parties reached a
4 tentative agreement in principle to settle this action in late May 2014, subject to class notice and
5 court approval;

6    WHEREAS, as set forth in the parties' July 25, 2014 Joint Case Management Statement, the
7 parties had not yet finalized the terms of a settlement;

8    WHEREAS, on July 30, 2014, the parties agreed to submit the resolution of the outstanding
9 terms of a settlement to a binding determination by their mediator (the Honorable Layn R. Phillips
10 (Ret.));

11   WHEREAS, pursuant to Civil L.R. 6-2(a)(2), the following are previous time modifications
12 in this action: (i) July 8, 2010 Order (J. Ware) extending the Celera Defendants' time to respond to
13 the complaint until after the appointment of Lead Plaintiff (Dkt. No. 7); (ii) November 2, 2010 Order
14 (J. Ware) continuing the case management conference from November 15, 2010 to March 7, 2011
15 (Dkt. No. 27); (iii) February 18, 2011 Clerk's Notice continuing the hearing on the Celera
16 Defendants' motion to dismiss and the case management conference from March 7, 2011 until
17 March 28, 2011 (Dkt. No. 36); (iv) March 24, 2011 Order (J. Ware) vacating the hearing on the
18 Celera Defendants' motion to dismiss and continuing the case management conference, and also
19 setting a schedule for the filing of, briefing of, and hearing on Lead Plaintiff's Second Amended
20 Consolidated Complaint (Dkt. No. 40); (v) June 16, 2011 Order (J. Davila) setting a schedule for the
21 filing of, briefing of, and hearing on Lead Plaintiff's Second Amended Consolidated Complaint
22 (Dkt. No. 47); (vi) August 24, 2011 Clerk's Notice setting case management conference for
23 December 2, 2011 (Dkt. No. 54); (vii) November 23, 2011 Order (J. Davila) continuing the case
24 management conference scheduled for December 2, 2011 (Dkt. No. 61); (viii) September 14, 2012
25 Order (J. Davila) extending time for the Celera Defendants to answer or otherwise respond to the
26 Second Amended Consolidated Complaint (Dkt. No. 67); (ix) October 5, 2012 Order (J. Davila)
27 extending time for the Rule 26(f) Conference and for parties to file their Joint Case Management
28 Statement and the case management conference to November 9, 2012 (Dkt. No. 71); (x) November

7, 2012 Order (J. Davila) extending the deadline for Lead Plaintiff to file a motion to strike the Celera Defendants' Answer, or portions thereof, to November 29, 2012 (Dkt. No. 77); (xi) December 17, 2012 Order (J. Davila) extending the deadline to amend the Celera Defendants' Answer without leave of Court to January 7, 2013 (Dkt. No. 80); (xii) January 7, 2013 Order (J. Davila) extending deadline to amend the Celera Defendants' Answer to January 29, 2013 (Dkt. No. 89); (xiii) April 3, 2013 Stipulation and Order to Modify Case Management Order (Dkt. No. 92); (xiv) September 24, 2013 Stipulation and Order to Modify Case Management Order (Dkt. No. 109); (xv) Stipulation and Order Re Briefing Schedule for Class Certification Motion and Celera Defendants' Answer to Third Amended Complaint (Dkt. No. 121); and (xvi) March 18, 2014 Order (J. Davila) Granting Stipulation to Amend September 23, 2013 Case Management Order (Dkt. No. 148).

IT IS HEREBY STIPULATED AND AGREED, by and between the undersigned parties, that the Case Management Conference scheduled before the Court for August 1, 2014, be continued to September 5, 2014 at 10:00 a.m., or a date convenient for the Court thereafter, in the event the parties are not able to submit a stipulation of settlement to the Court before that date.

DATED: July 31, 2014

ROBBINS GELLER RUDMAN
   & DOWD LLP
WILLOW E. RADCLIFFE
AELISH M. BAIG
SUNNY S. SARKIS

                        s/ Willow E. Radcliffe
     ─────────────────────────────────────
                   WILLOW E. RADCLIFFE

Post Montgomery Center
One Montgomery Street, Suite 1800
San Francisco, CA  94104
Telephone:  415/288-4545
415/288-4534 (fax)

Lead Counsel for Plaintiff

VANOVERBEKE MICHAUD &
   TIMMONY, P.C.
MICHAEL J. VANOVERBEKE
THOMAS C. MICHAUD
79 Alfred Street

| | | |
|---|---|---|
| 1 | | Detroit, MI  48201 |
| 2 | | Telephone:  313/578-1200 |
| | | 313/578-1201 (fax) |
| 3 | | GLANCY BINKOW & GOLDBERG LLP |
| | | LIONEL Z. GLANCY |
| 4 | | ROBERT V. PRONGAY |
| | | 1925 Century Park East, Suite 2100 |
| 5 | | Los Angeles, CA  90067 |
| | | Telephone:  310/201-9150 |
| 6 | | 310/201-9160 (fax) |
| 7 | | Additional Counsel for Plaintiff |
| 8 | DATED:  July 31, 2014 | SHEARMAN & STERLING LLP |
| | | STEPHEN D. HIBBARD |
| 9 | | MIKAEL A. ABYE |

                                                    s/ Stephen D. Hibbard
                                            _____
                                                    STEPHEN D. HIBBARD

Four Embarcadero Center, Suite 3800
San Francisco, CA  94111
Telephone:  415/616-1100
415/616-1199 (fax)

Counsel for Celera Defendants

DATED:  July 31, 2014                       KING & SPAULDING LLP
                                            TIMOTHY T. SCOTT
                                            GEOFFREY M. EZGAR

                                                    s/ Timothy T. Scott
                                            _____
                                                    TIMOTHY T. SCOTT

601 South California Avenue
Palo Alto, CA  94304
Telephone:  650/422-6700
650/422-6800 (fax)

Counsel for Defendant
PricewaterhouseCoopers LLP

960389_1

STIPULATION AND [PROPOSED] ORDER CONTINUING AUGUST 1, 2014 CASE
MANAGEMENT CONFERENCE - 5:10-cv-02604-EJD(HRL)

1  I, Willow E. Radcliffe, am the ECF User whose ID and password are being used to file this
2  Stipulation and [Proposed] Order Continuing August 1, 2014 Case Management Conference. In
3  compliance with Civil Local Rule 5-1(i)(3), I hereby attest that Stephen D. Hibbard and Timothy T.
4  Scott have concurred in this filing.

                                                    s/ Willow E. Radcliffe
                                                    WILLOW E. RADCLIFFE

                                            *    *    *

### O R D E R

IT IS SO ORDERED. The parties shall file a joint Case Management Conference Statement on or before August 29, 2014.

DATED: 7/31/2014

                                        THE HONORABLE EDWARD J. DAVILA
                                        UNITED STATES DISTRICT COURT JUDGE

### CERTIFICATE OF SERVICE

I hereby certify that on July 31, 2014, I authorized the electronic filing of the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the e-mail addresses denoted on the attached Electronic Mail Notice List, and I hereby certify that I caused to be mailed the foregoing document or paper via the United States Postal Service to the non-CM/ECF participants indicated on the attached Manual Notice List.

I certify under penalty of perjury under the laws of the United States of America that the foregoing is true and correct. Executed on July 31, 2014.

                                        s/ Willow E. Radcliffe
                                      WILLOW E. RADCLIFFE

ROBBINS GELLER RUDMAN
   & DOWD LLP
Post Montgomery Center
One Montgomery Street, Suite 1800
San Francisco, CA  94104
Telephone:  415/288-4545
415/288-4534 (fax)
E-mail: willowr@rgrdlaw.com

## Mailing Information for a Case 5:10-cv-02604-EJD In re: "Celera Corporation Securities Litigation."

### Electronic Mail Notice List

The following are those who are currently on the list to receive e-mail notices for this case.

- **Mikael A. Abye**
  mabye@shearman.com,ron.cheatham@shearman.com,bhunter@shearman.com

- **Aelish Marie Baig**
  AelishB@rgrdlaw.com,e_file_sf@rgrdlaw.com

- **Satyam N. Bee**
  sbee@kslaw.com

- **James J. Capra , Jr**
  jcapra@kslaw.com,shosein@kslaw.com,jcmccullough@kslaw.com

- **Geoffrey M. Ezgar**
  gezgar@kslaw.com

- **Stephen D. Hibbard**
  shibbard@shearman.com,rcheatham@shearman.com

- **Ryan Anthony Llorens**
  ryanl@rgrdlaw.com,jaya@rgrdlaw.com

- **Tricia Lynn McCormick**
  triciam@rgrdlaw.com,e_file_sd@rgrdlaw.com,e_file_sf@rgrdlaw.com

- **Robert Vincent Prongay**
  rprongay@glancylaw.com,mmgoldberg@glancylaw.com,echang@glancylaw.com

- **Willow E. Radcliffe**
  willowr@rgrdlaw.com,khuang@rgrdlaw.com,ptiffith@rgrdlaw.com,e_file_sd@rgrdlaw.com,ryanl@rgrdlaw.com,e_file_sf@rgrdlaw.com

- **Sara Ann Ricciardi**
  sara.ricciardi@shearman.com

- **Darren Jay Robbins**
  e_file_sd@rgrdlaw.com

- **Sunny September Sarkis**
  Ssarkis@rgrdlaw.com,tcraig@rgrdlaw.com

- **Timothy Tully Scott**
  tscott@kslaw.com,rpada@kslaw.com,jsouza@kslaw.com,zjobe@kslaw.com

- **David Conrad Walton**
  davew@rgrdlaw.com,ldeem@rgrdlaw.com

- **Shawn A. Williams**
  shawnw@rgrdlaw.com,e_file_sd@rgrdlaw.com,e_file_sf@rgrdlaw.com

- **brian howard polovoy**
  bpolovoy@shearman.com

### Manual Notice List

The following is the list of attorneys who are **not** on the list to receive e-mail notices for this case (who therefore require manual noticing). You may wish to use your mouse to select and copy this list into your word processing program in order to create notices or labels for these recipients.

```
Catherine        J. Kowalewski
Robbins Geller Rudman & Dowd LLP
655 W Broadway
Suite 1900
San Diego, CA 92101
```