IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| IN RE | CASE NO. 5:10-cv-02604 EJD |
| CELERA CORPORATION SECURITIES LITIGATION | **ORDER VACATING CASE MANAGEMENT CONFERENCE** |
| _____ / | |

Having reviewed the parties' Joint Case Management Conference Statement (Docket Item No. 165), the court finds that a scheduling conference is unnecessary at this time. Accordingly, the Case Management Conference scheduled for September 5, 2014, is VACATED.

In addition, the pending Motion to Dismiss (Docket Item No. 134) is TERMINATED in the light of the Motion for Preliminary Approval filed on August 29, 2014.

**IT IS SO ORDERED.**

Dated:   September 2, 2014

EDWARD J. DAVILA
United States District Judge