UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| IN RE:<br>CELERA CORPORATION SECURITIES LITIGATION | Case No. 5:10-cv-02604-EJD<br><br>**INTERIM ORDER RE: MOTION FOR FINAL APPROVAL OF CLASS ACTION SETTLEMENT**<br><br>Re: Dkt. No. 180, 181 |

Lead Plaintiff Washtenaw County Employees Retirement System's ("Lead Plaintiff") motions for final approval of class action settlement and for attorneys' fees and costs came on for hearing on July 16, 2015. In connection with those motions, the court issues the following interim orders:

1. For all class members who were mailed a claim package on June 24, 2015 (See Decl. of Carole K. Sylvester, Dkt. No. 189, at ¶ 3), the deadline to submit a claim form shall be extended from June 28, 2015 to **August 14, 2015.** The Claims Administrator shall provide electronic notice of this deadline extension, such as notice through e-mail, to the 31,238 potential class members and nominees whose claim packages were mailed on June 24, 2015. The Claims Administrator shall also publicize the deadline extension on the settlement website.

2. Consistent with the discussion at the hearing, the Claims Administrator shall review and consider any untimely claim forms, including those submitted after August 14, 2015, to determine if those claims should be accepted.

3. On or before **August 28, 2015**, counsel for Lead Plaintiff shall submit a supplemental

1
Case No.: 5:10-cv-02604-EJD
INTERIM ORDER RE: MOTION FOR FINAL APPROVAL OF CLASS ACTION SETTLEMENT

pleading, not exceeding 5 pages in length, with provides the following information: (a) Lead Plaintiff's final estimate of the class size; (b) the final number of claims forms received by the Claims Administrator; (c) the final amount per share that will be distributed to the class; and (d) the class member participation rate.

4. On or before **July 31, 2015**, counsel for Lead Plaintiff shall lodge with the undersigned's courtroom deputy, Elizabeth C. Garcia, itemized billings which explain the basis for all attorneys' fees and costs sought by all counsel who participated in this action. The billings must include the following information: (a) the name, title, and billing rate of each timekeeper who performed work on this case; (b) a description of each task performed by the timekeeper, organized by date; and (c) the amount of time spent on each task. These billings should not include tasks for which fees are not sought.

**IT IS SO ORDERED.**

Dated: July 16, 2015



EDWARD J. DAVILA
United States District Judge

Case No.: 5:10-cv-02604-EJD
INTERIM ORDER RE: MOTION FOR FINAL APPROVAL OF CLASS ACTION SETTLEMENT

2